The People of the State of New York ex rel. Charles P. Noyes, Respondent, v. William Sohmer, as Comptroller of the State of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements to respondent. All concurred.

The People of the State of New York, Respondent, v. Vern Skeel, Appellant.— Judgment of conviction unanimously affirmed.

The People of the State of New York, Plaintiff, v. The Metropolitan Surety Company, Defendant. In the Matter of the H. B. Smith Company, Claimant, Respondent, v. John F. Yawger, as Receiver of the Metropolitan Surety Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and claim dismissed on the authority of *People* v. *Metropolitan Surety Co.* (150 App. Div. 885). All concurred.

Michael Rano, Respondent, v. General Electric Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The Rector, Wardens and Vestrymen of the Church of the Messiah, Appellant, v. John Washburn and Herman B. Parks, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mildred Rowe, Respondent, v. Charles H. Ditson & Company, Appellant. — Order reversed, without costs, and motion granted, with costs to abide event of the action. All concurred.

Michael Rubenstein, Appellant, v. Alfred A. Mitchell, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Wilfred Saddier, an Infant, by Obeline Saddier, His Guardian ad Litem, Respondent, v. Harmony Mills, Appellant.— Judgment and order unanimously affirmed, with costs.

Frederick Shampine, Respondent, v. William Cardinal, Appellant.— Judgment unanimously affirmed, with costs.

Norman Stark, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Don Stevens, Appellant, v. Charles Spurr, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Joseph W. Stewart, Respondent, v. Union Bag and Paper Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $5,000, in which case the judgment is modified, and as so modified judgment and order affirmed, without costs. All concurred, except Smith, P. J., who voted for reversal.

Lillian M. Tanner, Respondent, v. Benn Conger and Others, Individually and as Directors of the Groton Bridge and Manufacturing Company, and Others, Appellants, Impleaded with the Groton Bridge and Manufacturing Company.— Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer and answer upon payment of costs in this court and at Special Term. All concurred.

The Troy Trust Company, Respondent, v. Sayre McLeod, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.